UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**07 CIV 8690**

------------------------------------------------------------------x

U.S. UNDERWRITERS INSURANCE COMPANY,

                Plaintiff,

            -against-

MEL-MAR REALTY CORP., FRANK RIVERA, MECHANICAL HEATING SUPPLY, INC., JOSE AMADEO ZELAYA and MARIA ZELAYA,

                Defendants.

------------------------------------------------------------------x

**RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Court Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for U.S. UNDERWRITERS INSURANCE COMPANY, a private non-governmental party, certifies that the corporate parents, affiliates and/or subsidiaries of said parties, which are publicly held, are: Berkshire Hathaway, Mount Vernon Insurance Company and U.S. Liability Insurance Group.

DATED:    Mineola, New York
                October 8, 2007

                                              MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS LLP
                                              Attorneys for Plaintiff
                                              **U.S. UNDERWRITERS INSURANCE COMPANY**

By: _____
                                                Steven Verveniotis
                                              240 Mineola Boulevard
                                              The Esposito Building
                                              Mineola, New York 11501
                                              (516) 741-7676
                                              Our File No.: 07-566