U.S. DISTRICT COURT OF THE STATE OF NEW YORK | Maverick Process 516-693-1100
COUNTY OF SOUTHERN

| | |
|---|---|
| U.S. UNDERWRITERS INSURANCE COMPANY, | Petitioner(s) / Plaintiff(s) |
| - against - | |
| MEL-MAR REALTY CORP., FRANK RIVERA, MECHANICAL HEATING SUPPLY, INC., JOSE AMADEO ZELAYA AND MARLA ZELAYA, | Defendant(s) / Respondent(s) |

ATTORNEY  SOKOLOFF   19241
RETURN DATE
INDEX NO  07 CIV 8690
INDEX DATE
CALENDAR NO
3rd PARTY INDEX#
JUDGE SWEET

STATE OF NEW YORK: COUNTY OF NASSAU          SS:          **AFFIDAVIT OF SERVICE**

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 10/12/2007 at 3:00 PM at 476 TIMPSON PLACE, BRONX, NEW YORK 10455
deponent served the within SUMMONS IN A CIVIL ACTION AND COMPLAINT                                      upon

MEL-MAR REALTY CORP.

[✓] Said Documents Were Properly Endorsed with the Index Number and Date of Filing thereon

witness/defendant/respondent (hereafter called the recipient) therein named.

A. Individual  By Personally delivering to and leaving with said individual, and that he knew the person so served and described as recipient there!
☐

B. Corp/ [✓]  By delivering to and leaving with "JANE DOE" and that he knew the person
Prtnshp       so served and authorized to accept service to ☐ an officer ☐ Director [✓] managing agent or general agen ☐ cashier ☐ AsstCashier
☐             ☐ Agent authorized by appointment or by law to receive service.

C. Suitable   By delivering thereat a true copy of each to                                              a person of suitable age and discretion.
Age Person    Said premises is recipient's   ☐ actual place of business  ☐ dwelling place  ☐ usual place of abode within the state
☐

D. Affixing   By affixing a true copy of each to the door of said premises, which is recipient's ☐ actual place of business ☐ dwelling place
to Door, Etc. ☐ usual place of abode within the state.   Deponent was unable, with due diligence to find recipient or a person of suitable age
              discretion, thereat, having called there
☐                    @                          @                          @
              Deponent talked to                                       who stated that recipient  ☐ lived  ☐ worked there.

E. Mailing    On                   Deponent completed said service under the last two sections by mailing a copy of
W/B.C or      the above named process by First Class Mail addressed to the witness/defendant/respondent to the above address of service which
☐             is recipient's: ☐ last known residence  ☐ last known place of business  (with additional endorsement of Personal and Confidential
              on face of envelope.)
              ☐ RPAPL 735 An additional mailing by Certified Mail was made to the respondent at the premise sought to be recovered.

F. DRL
Sec232        The required notice was legibly printed on the face of the summons. I identified the defendant by photograph annexed hereto
☐             which was provided by the plaintiff.

G.            SEX    SKIN COLOR   HAIR COLOR   AGE (approx.)   HEIGHT (approx.)   WEIGHT (approx.)
Description   F      WHITE        BLACK        40              5'3"               170
[✓]           OTHER

Sec.8001Fee   A fee of $0.00, pursuant to CPLR Section 8001, was tendered to the witness.
☐

Military      I asked the person spoken to whether the defendant/respondent was in active military service of the United States or of the
☐             State of New York in any capacity whatever and received a negative reply. Defendant/Respondent wore ordinary civilian
              clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and
              observations above narrated. Upon information and belief I aver that the defendant/respondent is not in the military service of
              New York State or of the United States as the term is defined in either the State or in the Federal statutes.

Sworn Before me this day 15 of
OCTOBER             2007

(NOTARY PUBLIC)

DONNA L. ODRISCOLL
NOTARY PUBLIC, State of New York
No. 01OD6126123
Qualified in Nassau County
Commission Expires on 4/25/2009

DAVID A SMITH #0912050

*Maverick Process* 516-693-1100

19242

U.S. DISTRICT COURT OF THE STATE OF NEW YORK
COUNTY OF SOUTHERN

U.S. UNDERWRITERS INSURANCE COMPANY,

Petitioner(s)
Plaintiff(s)

- against -

MEL-MAR REALTY CORP., FRANK RIVERA, MECHANICAL HEATING SUPPLY, INC., JOSE AMADEO ZELAYA AND MARLA ZELAYA,

Defendant(s)
Respondent(s)

ATTORNEY  SOKOLOFF
RETURN DATE
INDEX NO  07 CIV 8690
INDEX DATE
CALENDAR NO
3rd PARTY INDEX#
JUDGE SWEET

STATE OF NEW YORK: COUNTY OF NASSAU    SS:    **AFFIDAVIT OF SERVICE**

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 10/12/2007 at 3:00 PM at 461 TIMPSON PLACE, BRONX, NY 10455

deponent served the within SUMMONS IN A CIVIL ACTION AND COMPLAINT                                              upon

MECHANICAL HEATING SUPPLY, INC.

[✓] Said Documents Were Properly Endorsed with the Index Number and Date of Filing thereon

witness/defendant/respondant (hereafter called the recipient) therein named.

A. Individual — By Personally delivering to and leaving with said individual, and that he knew the person so served and described as recipient thereof

B. Corp/Prtnshp [✓] — By delivering to and leaving with "JANE DOE" and that he knew the person so served and authorized to accept service to [ ] an officer [ ] Director [✓] managing agent or general agent [ ] cashier [ ] Asst Cashier [ ] Agent authorized by appointment or by law to receive service.

C. Suitable Age Person — By delivering thereat a true copy of each to                 a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [ ] dwelling place [ ] usual place of abode within the state

D. Affixing to Door, Etc. — By affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business [ ] dwelling place [ ] usual place of abode within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age discretion, thereat, having called there

@ , @ , @

Deponent talked to                  who stated that recipient [ ] lived [ ] worked there.

E. Mailing W/B,C or — On                 Deponent completed said service under the last two sections by mailing a copy of the above named process by First Class Mail addressed to the witness/defendant/respondent to the above address of service which is recipient's: [ ] last known residence [ ] last known place of business (with additional endorsement of Personal and Confidential on face of envelope.)
[ ] RPAPL 735 An additional mailing by Certified Mail was made to the respondent at the premise sought to be recovered.

F. DRL Sec232 — The required notice was legibly printed on the face of the summons. I identified the defendant by photograph annexed hereto which was provided by the plaintiff.

G. Description [✓]

| SEX | SKIN COLOR | HAIR COLOR | AGE (approx.) | HEIGHT (approx.) | WEIGHT (approx.) |
|---|---|---|---|---|---|
| F | WHITE | BLACK | 40 | 5'3" | 170 |
| OTHER | | | | | |

Sec.8001Fee — A fee of $0.00, pursuant to CPLR Section 8001, was tendered to the witness.

Military — I asked the person spoken to whether the defendant/respondent was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Defendant/Respondent wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant/respondent is not in the military service of New York State or of the United States as the term is defined in either the State or in the Federal statutes.

Sworn Before me this day 15 of
OCTOBER         2007

(NOTARY PUBLIC)

DONNA L. ODRISCOLL
NOTARY PUBLIC, State of New York
No. 01OD6126123
Qualified in Nassau County
Commission Expires on 4/25/2009

DAVID A SMITH #0912050

U.S. DISTRICT COURT OF THE STATE OF NEW YORK | *Maverick Process* 516-693-1100
COUNTY OF SOUTHERN

| | | |
|---|---|---|
| U.S. UNDERWRITERS INSURANCE COMPANY, | Petitioner(s) Plaintiff(s) | ATTORNEY SOKOLOFF 19275 RETURN DATE INDEX NO 07 CIV 8690 INDEX DATE |
| - against - MEL-MAR REALTY CORP., FRANK RIVERA, MECHANICAL HEATING SUPPLY, INC., JOSE AMADEO ZELAYA AND MARLA ZELAYA, | Defendant(s) Respondent(s) | CALENDAR NO 3rd PARTY INDEX# JUDGE SWEET |

STATE OF NEW YORK: COUNTY OF NASSAU        SS:        **AFFIDAVIT OF SERVICE**

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 10/12/2007 at 1:28 PM at 300 E. 151ST STREET, 2ND FL., BRONX, NY 10451
deponent served the within SUMMONS IN A CIVIL ACTION AND COMPLAINT upon

JOSE AMADEO ZELAYA

☑ Said Documents Were Properly Endorsed with the Index Number and Date of Filing thereon

witness/defendant/respondent (hereafter called the recipient) therein named.

**A. Individual** ☑ By Personally delivering to and leaving with said individual, and that he knew the person so served and described as recipient thereof

**B. Corp/Prtnshp** ☐ By delivering to and leaving with _____ and that he knew the person so served and authorized to accept service to ☐ an officer ☐ Director ☐ managing agent or general agen ☐ cashier ☐ AsstCashier
☐ Agent authorized by appointment or by law to receive service.

**C. Suitable Age Person** ☐ By delivering thereat a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's ☐ actual place of business ☐ dwelling place ☐ usual place of abode within the state

**D. Affixing to Door, Etc.** ☐ By affixing a true copy of each to the door of said premises, which is recipient's ☐ actual place of business ☐ dwelling place ☐ usual place of abode within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age discretion, thereat, having called there
@ , @ , @
Deponent talked to _____ who stated that recipient ☐ lived ☐ worked there.

**E. Mailing W/B,C or** ☐ On _____ Deponent completed said service under the last two sections by mailing a copy of the above named process by First Class Mail addressed to the witness/defendant/respondent to the above address of service which is recipient's: ☐ last known residence ☐ last known place of business (with additional endorsement of Personal and Confidential on face of envelope.)
☐ RPAPL 735 An additional mailing by Certified Mail was made to the respondent at the premise sought to be recovered.

**F. DRL Sec232** ☐ The required notice was legibly printed on the face of the summons. I identified the defendant by photograph annexed hereto which was provided by the plaintiff.

**G. Description** ☑
| SEX | SKIN COLOR | HAIR COLOR | AGE (approx.) | HEIGHT (approx.) | WEIGHT (approx.) |
|---|---|---|---|---|---|
| M | LIGHT BROWN | BLACK | 30 | 5'6" | 150 |
OTHER _____

**Sec.8001Fee** ☐ A fee of $0.00, pursuant to CPLR Section 8001, was tendered to the witness.

**Military** ☑ I asked the person spoken to whether the defendant/respondent was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Defendant/Respondent wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant/respondent is not in the military service of New York State or of the United States as the term is defined in either the State or in the Federal statutes.

Sworn Before me this day 15 of
OCTOBER 2007

(NOTARY PUBLIC)

DONNA L. ODRISCOLL
NOTARY PUBLIC, State of New York
No. 01OD6126123
Qualified in Nassau County
Commission Expires on 4/25/2009

DAVID A SMITH #0912050

*Maverick Process 516-693-1100*       19277

| | |
|---|---|
| U.S. DISTRICT COURT OF THE STATE OF NEW YORK | |
| COUNTY OF SOUTHERN | |
| U.S. UNDERWRITERS INSURANCE COMPANY, | Petitioner(s) / Plaintiff(s) |
| - against - | |
| MEL-MAR REALTY CORP., FRANK RIVERA, MECHANICAL HEATING SUPPLY, INC., JOSE AMADEO ZELAYA AND MARLA ZELAYA, | Defendant(s) / Respondent(s) |

ATTORNEY SOKOLOFF
RETURN DATE
INDEX NO 07 CIV 8690
INDEX DATE
CALENDAR NO
3rd PARTY INDEX#
JUDGE SWEET

STATE OF NEW YORK: COUNTY OF NASSAU    SS:    **AFFIDAVIT OF SERVICE**

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 10/12/2007 at 1:28 PM at 300 E. 151ST STREET, 2ND FL., BRONX, NY 10451 deponent served the within SUMMONS IN A CIVIL ACTION AND COMPLAINT upon

MARIA ZELAYA

☑ Said Documents Were Properly Endorsed with the Index Number and Date of Filing thereon

witness/defendant/respondent (hereafter called the recipient) therein named.

**A. Individual** ☐ By Personally delivering to and leaving with said individual, and that he knew the person so served and described as recipient there[of]

**B. Corp/Prtnshp** ☐ By delivering to and leaving with _____ and that he knew the person so served and authorized to accept service to ☐ an officer ☐ Director ☐ managing agent or general agent ☐ cashier ☐ AsstCashier
☐ Agent authorized by appointment or by law to receive service.

**C. Suitable Age Person** ☑ By delivering thereat a true copy of each to JOSE AMADEO ZELAYA a person of suitable age and discretion. Said premises is recipient's ☐ actual place of business ☐ dwelling place ☑ usual place of abode within the state

**D. Affixing to Door, Etc.** ☐ By affixing a true copy of each to the door of said premises, which is recipient's ☐ actual place of business ☐ dwelling place ☐ usual place of abode within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age discretion, thereat, having called there
@ , @ , @
Deponent talked to _____ who stated that recipient ☐ lived ☐ worked there.

**E. Mailing W/B,C or** ☑ On 10/15/2007 Deponent completed said service under the last two sections by mailing a copy of the above named process by First Class Mail addressed to the witness/defendant/respondent to the above address of service which is recipient's: ☑ last known residence ☐ last known place of business (with additional endorsement of Personal and Confidential on face of envelope.)
☐ RPAPL 735 An additional mailing by Certified Mail was made to the respondent at the premise sought to be recovered.

**F. DRL Sec 232** ☐ The required notice was legibly printed on the face of the summons. I identified the defendant by photograph annexed hereto which was provided by the plaintiff.

**G. Description** ☑

| SEX | SKIN COLOR | HAIR COLOR | AGE (approx.) | HEIGHT (approx.) | WEIGHT (approx.) |
|---|---|---|---|---|---|
| M | LIGHT BROWN | BLACK | 30 | 5'8" | 150 |

OTHER _____

**Sec.8001Fee** ☐ A fee of $0.00, pursuant to CPLR Section 8001, was tendered to the witness.

**Military** ☑ I asked the person spoken to whether the defendant/respondent was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Defendant/Respondent wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant/respondent is not in the military service of New York State or of the United States as the term is defined in either the State or in the Federal statutes.

Sworn Before me this day 15 of
OCTOBER 2007

_____
(NOTARY PUBLIC)

DONNA L. ODRISCOLL
NOTARY PUBLIC, State of New York
No. 01OD6126123
Qualified in Nassau County
Commission Expires on 4/25/2009

DAVID A SMITH #0912050