UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
U.S. UNDERWRITERS INSURANCE COMPANY,

                                     Plaintiff(s),          CIV: 07 CIV 8690

-against-

                                                                    STIPULATION

MEL-MAR REALTY CORP., FRANK RIVERA,
MECHANICAL HEATING SUPPLY, INC.,
JOSE AMADEO ZELAYA AND MARIA ZELAYA

                                  Defendant(s),
-----------------------------------------------------------------------x

       IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for the undersigned parties to the above entitled action, that the defendant, Jose Amadeo Zelaya and Maria Zelaya, time to appear and or answer the complaint of the plaintiff is hereby extended on consent to December 14, 2007.

       This stipulation may be filed without further notice with the clerk of the court.

Dated: Queens, New York
         November 8, 2007

_____      _____
Law offices of Lorenzo J. Tasso, P.C.      Miranda Sokoloff Sambursky Slone Verveniotis LLP
Attorney for Defendant Zelaya                Attorney for Plaintiff
29-27 41st Avenue - Suite 601                  240 Mineola Blvd
Long Island City New York 11101          Mineola, New York 11501

So-Ordered 11-26-07