UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
U.S. UNDERWRITERS INSURANCE COMPANY,

                Plaintiff

   -against-

MEL-MAR REALTY CORP., FRANK RIVERA, MECHANICAL
HEATING SUPPLY, INC., JOSE AMADEO ZELAYA and
MARIA ZELAYA

                Defendants

-----------------------------------------------------------------------X

CIV: 07 CIV 8690

JUDGE SWEET


## ANSWER AND COUNTER CLAIM


FELBERBAUM, HALBRIDGE & WIRTH

Attorneys for FRANK RIVERA, MEL-MAR REALTY CORP., and
MECHANICAL HEATING SUPPLY, INC.

357 Veterans Memorial Highway
Commack, New York 11725
(631)864-0800
(631)864-3599

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
U.S. UNDERWRITERS INSURANCE COMPANY

                Plaintiff

    -against-

MEL-MAR REALTY CORP., FRANK RIVERA.
MECHANICAL HEATING SUPPLY, INC.
JOSE AMADEO ZELAYA and MARIA ZELAYA,

                Defendants
------------------------------------------------------------------X

Civil Action
No. 07 CIV 8690

Judge Sweet

    The Defendant(s) FRANK RIVERA, MEL-MAR REALTY CORP., and MECHANICAL HEATING SUPPLY, INC., their attorneys, as and for their Answer to the Complaint herein, allege(s) as follows:

    1. Denies, upon information and belief, the allegations of paragraphs: 4, 8, 9, 10, 21, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 57, 58, 59, 60, 64, 65, 66, 68, 69, 70, 71, 72, 73, 74, 75.

    2. Denies having knowledge or information sufficient to form a belief as to the truth of the allegations of paragraphs: 1, 2, 6, 7, 11, 14, 17, 24

    3. Denies having knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 19 except admits a policy was in effect as stated in paragraph number 12 of complaint.

    4. Denies having knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 22 except admits Jose Amadeo Zelaya was hired by defendant Mechanical Heating Supply, Inc.,

5. Denies having knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 23 except admits Jose Amadeo Zelaya was hired by defendant Mechanical Heating Supply, Inc.

6. Denies having knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 54 except admits policy was in effect as stated in paragraph 12 of complaint.

7. Denies having knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 62 except admits policy was in effect as stated in paragraph 12 of complaint.

8. As to paragraphs 18, 53 and 61 repeats and reallegs all of the above mentioned denials and admissions.

9. Denies having knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 67 except admits plaintiff received notice of the lawsuit.

## AS AND FOR A FIRST AFFITMATIVE DEFENSE THIS ANSWERING DEFENDANT ALLEGES AS FOLLOWS:

10. Plaintiff failed to disclaim coverage in a timely fashion.

## AS AND FOR A COUNTER CLAIM

11. Defendant repeats, reiterates and reallegs all of the above admissions and denials.

12. Defendant is claiming attorneys fees for the defense of this action.

WHEREFORE, the Defendants demand judgment dismissing the Complaint, together with costs, disbursements and attorneys fees.

Dated: November 20, 2007
      Commack, New York 11725

      Yours, etc.,

      ROBERT C. WIRTH
      FELBERBAUM, HALBRIDGE & WIRTH
      Attorneys for Defendants
      Mel-Mar Realty Corp, Frank Rivera &
      Mechanical Heating Supply, Inc.
      357 Veterans Memorial Highway
      Commack, New York 11725
      (631)864-0800

To:

Miranda, Sokoloff, Sambursky, Slone, Verveniotis, LLP
Attorneys for Plaintiff
US Underwriters Insurance Company
240 Mineola Boulevard
The Esposito Building
Mineola, New York 11501
(516)741-7676
File #: 07-566

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

US UNDERWRITERS INSURANCE COMPANY
        Plaintiff
  -against-

**APPEARANCE**

MEL-MAR REALTY CORP., FRANK RIVERA, MECHANICAL HEATING SUPPLY, INC., JOSE AMADEO ZELAYA AND MARIA ZELAYA
       Defendants

Case Number: 07CIV 8690

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for MEL-MAR REALTY CORP., FRANK RIVERA & MECHANICAL HEATING SUPPLY, INC.

I certify that I am admitted to practice in this court.

Date 11/26/2007

Signature (signed)

ROBERT C. WIRTH
FELBERBAUM, HALBRIDGE & WIRTH

Print Name

Bar Number: RCW2160

357 Veterans Memorial Highway

Address

Commack, New York 11725

City     State     Zip Code

Phone Format (999) 999-9999     Fax Format (999) 999-9999

| US UNDERWRITERS INSURANCE COMPANY | Case No. 07 CIV 8690 |
|---|---|
| -v-<br>MEL-MAR REALTY CORP., FRANK RIVERA MECHANICAL HEATING SUPPLY, INC., JOSE AMADEO ZELAYA and MARIA ZELAYA | Rule 7.1 Statement |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

MEL-MAR REALTY CORP, FRANK RIVERA & MECHANICAL HEATING SUPPLY, INC.   (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.   NONE.

Date: November 26, 2007

Signature of Attorney
ROBERT C. WIRTH
FELBERBAUM, HALBRIDGE & WIRTH
Attorney Bar Code: RW2160

Form Rule7_1.pdf SDNY Web 10/2007