USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

U.S. Underwriters Insurance Co.

       -v.-

Mel-Mar Realty Corp., et al.

07 Civ. 08690 (RWS)

------------------------------------------------------------X

Please be advised that the conference scheduled for April 23, 2008 has been rescheduled to June 03, 2008 at 4:30 P.M. in Courtroom 18C

Please notify opposing counsel of the change.

SO ORDERED.

Dated: New York, New York
April 22, 2008

_____
ROBERT W. SWEET
United States District Judge