06/25/2008 16:11  6318643599                FELBERBAUM HALBRIDGE                  PAGE 03
                                                                                   P.002
JUN-20-2008 16:41      MSSSV LLP

UNITED STATES DISTICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

U.S. UNDERWRITERS INSURANCE COMPANY,

        Plaintiff,

-against-

MEL-MAR REALTY CORP., FRANK RIVERA,
MECHANICAL HEATING SUPPLY, INC.,
JOSE AMADEO ZELAYA and MARIA ZELAYA,

        Defendants,
----------------------------------------------------------X

STIPULATION EXTENDING TIME TO RESPOND
Docket No. 07 CV 8690 (RWS)

7/8/08

SIRS:

    IT IS HEREBY STIPULATED AND AGREED, by and between the Attorneys for the respective parties, that an extension of time to Respond to Plaintiff's Notice to Produce and Supplemental Notice to Produce is hereby extended up to July 19, 2008.

Dated: June 20, 2008
      Commack, New York

ROBERT C. WIRTH (2160)
FELBERBAUM, HALBRIDGE & WIRTH
Attorneys for Defendant, Rivera
357 Veterans Memorial Highway
Commack, New York 11725
631-864-0800

STEVEN VERVENIOTIS (8800)
MIRANDA SOKOLOFF SAMBURSKY
SLONE VERVENIOTIS, LLP
Attorneys for Plaintiff, U.S. Underwriters Ins. Co.
The Esposito Building
240 Mineola Blvd.
Mineola, New York, 11501
516-741-9060

So ordered
Sweet USDJ
7-1-08

TOTAL P.002

Re: US Underwriters Insurance Company v. Mel-Mar Realty Corp, et al
Docket #: 07 CV 8690
Stipulation Extending Time to Respond

LORENZO J. TASSO (6774)
LAW OFFICE OF LORENZO J. TASSO, P.C.
Attorneys for Defendants, Amadeo & Zelaya
29-27 41st Avenue, Suite 507
Long Island City, New York 11101
(718) 361-9200