UNITED STATES DISTICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

U.S. UNDERWRITERS INSURANCE COMPANY,

        Plaintiff,

-against-                        STIPULATION EXTENDING TIME TO RESPOND

MEL-MAR REALTY CORP., FRANK RIVERA,    Docket No. 07 CV 8690 (RWS)
MECHANICAL HEATING SUPPLY, INC.,
JOSE AMADEO ZELAYA and MARIA ZELAYA,

        Defendants,
---------------------------------------------------------------X

SIRS:

    IT IS HEREBY STIPULATED AND AGREED, by and between the Attorneys for the respective parties, that an extension of time to Respond to Plaintiff's Notice to Produce and Supplemental Notice to Produce is hereby extended up to August 29, 2008.

Dated: July 16, 2008
       Commack, New York

_____        _____
ROBERT C. WIRTH, (2160)                STEVEN VERVENIOTIS (8800) Adam Klenberg
FELBERBAUM, HALBRIDGE & WIRTH      MIRANDA SOKOLOFF SAMBURSKY
Attorneys for Defendant, Rivera           SLONE VERVENIOTIS, LLP
357 Veterans Memorial Highway          Attorneys for Plaintiff, U.S. Underwriters Ins. Co.
Commack, New York 11725               The Esposito Building
631-864-0800                                    240 Mineola Blvd.
                                                    Mineola, New York 11501
                                                    516-741-9060

SO ORDERED
/s/ USDJ - Sweet
7/25/08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/08

Re: US Underwriters Insurance Company v. Mel-Mar Realty Corp, et al
Docket #: 07 CV 8690
Stipulation Extending Time to Respond

_____ on consent
LORENZO J. TASSO (0734)            of attorney
LAW OFFICE OF LORENZO J. TASSO, P.C.
Attorneys for Defendants. Amadeo & Zelaya
29-27 41st Avenue, Suite 507
Long Island City, New York 11101
(718) 361-9200

TOTAL P.003