Withholding identification number   133524651   1

40515120

## Part D - Form NYS-1 corrections/additions

Use Part D **only** for corrections/additions for the quarter being reported in Part B of **this** return. To correct original withholding information reported on Form(s) NYS-1, complete columns a, b, c, and d. To report additional withholding information not previously submitted on Form(s) NYS-1, complete **only** columns c and d. Lines 12 through 15 on the front of this return **must** reflect these corrections/additions.

| a<br>Original<br>last payroll date reported on<br>Form NYS-1, Line A (MMDD) | b<br>Original<br>total withheld<br>reported on Form NYS-1, line 4 | c<br>Correct<br>last payroll date<br>(MMDD) | d<br>Correct<br>total withheld |
|---|---|---|---|
| ▶ | | | |
| ▶ | | | |
| ▶ | | | |
| ▶ | | | |
| ▶ | | | |
| ▶ | | | |

## Part E - Change of business information

**22.** Enter below the address at which you want to receive this form, if different from the preprinted address.

MECHANICAL HEATING SUPPLY INC

461 TIMPSON PL

BRONX NY 10455

Taxpayer's trade name

c/o: ☐   attn: ☐   (if applicable, mark either box and enter name)

Number and street or PO box

City | State | ZIP Code

If the above address is for your paid preparer, mark this box and the c/o box, and enter preparer's name on the second line above ............. ☐

**23.** If you **permanently ceased paying wages**, enter the date (MMDDYY) of the final payroll (see Note below)............................

**24.** Did you sell or transfer all or part of your business?   ◀ Yes   ◀ No

If **Yes**, indicate if sale or transfer was in   Whole   or   Part

**Note:** Complete Form DTF-95, *Business Tax Account Update*, to report changes in federal identification number/withholding ID number, ownership, business name, business activity, telephone number, owner/officer/partner/responsible person information, or changes that affect any other tax administered by the NYS Tax Department. For questions regarding additional changes to your unemployment insurance account, call (518) 485-8589.

If you are using a paid preparer or a payroll service, the section below must be completed.

| Paid preparer's use | Preparer's signature<br>REFERENCE COPY PREPARED BY PAYCHEX. | Telephone number | Date<br>DO NOT FILE. | Mark an X if self-employed ☐ | Preparer's SSN or PTIN |
|---|---|---|---|---|---|
| | Preparer's firm name (or yours, if self-employed)<br>PAYCHEX, INC. | Address<br>1175 JOHN STREET<br>WEST HENRIETTA, NY   14586-9199 | | | Preparer's EIN<br>161124166 |
| | Payroll service name<br>PAYCHEX, INC. | | | | Payroll service's EIN<br>161124166 |

Checklist for mailing:
- File original return and keep a copy for your records
- Complete lines 9 and 19 to ensure proper credit of payment
- Enter your withholding ID number on your remittance
- Make remittance payable to *NYS Employment Taxes*
- Enter your telephone number in boxes below your signature

Need help or forms? Call 1 800 972-1233

Mail to:
NYS EMPLOYMENT TAXES
PO BOX 4119
BINGHAMTON NY 13902-4119

NYS-45-MN (1/05) (back)

# NYS-45-ATT (1/05) Quarterly Combined Withholding, Wage Reporting And Unemployment Insurance Return-Attachment



60515117

0021-D027  NY  07090  TAXPAY®
Withholding identification number  133524651  1

**Employer legal name:**
MECHANICAL HEATING SUPPLY INC

Mark an **X** in the applicable box(es):
A. Original  X  or  Amended return

| Jan 1 - Mar 31 | Apr 1 - Jun 30 | July 1 - Sep 30 | Oct 1 - Dec 31 | Tax Year |
|---|---|---|---|---|
| X | | | | 07 |
| 1 | 2 | 3 | 4 | Y Y |

B. Other wages only reported on this page ...
C. Seasonal employer ...

## Quarterly employee/payee wage reporting information

Annual wage and withholding totals
If this return is for the 4th quarter or the last return you will be filing for the calendar year, complete columns d and e.

| a Social security number | b Last name, first name, middle initial | c UI total remuneration/gross wages paid this quarter | d Gross wages or distribution (see instr.) | e Total tax withheld |
|---|---|---|---|---|
| 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 | MULLEN ROBERT M | 15400.00 | | |
| 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 | ROMEZ RENETTA | 5387.50 | | |
| 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 | MONTES KENNDY | 3846.15 | | |
| 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 | JIMENEZ ESTEBAN | 13372.10 | | |
| 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 | RIVERA MARIA | 5833.38 | | |
| 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 | PEREZ ELLIOTT | 11200.00 | | |
| 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 | SANTIAGO MICHAEL | 3430.00 | | |
| 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 | DOUGLAS SANDRA M | 4000.00 | | |
| 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 | RAMPERSAD MEYNI | 12200.00 | | |
| 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 | CEPEDA MARTHA | 7200.00 | | |
| 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 | RIVERA FRANCISCO | 67307.66 | | |
| 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 | OROPEZA ARTHUR | 5785.00 | | |
| 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 | SANTIAGO DAVID | 3650.08 | | |
| 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 | ORELLANA RAFAEL A | 288.00 | | |
| 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 | PACHECO EDWIN | 6760.96 | | |
| 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 | AMADOB JOSE | 400.00 | | |

Page No. 1 of 3

Total this page only ......... 166060.83

If first page, enter grand totals of all pages ...................... 177015.47

| Contact information (see instructions) | Name  REFERENCE COPY PREPARED BY PAYCHEX | Daytime telephone number  DO NOT FILE |
|---|---|---|

For office use only
Postmark    Received date

Mail to: NYS EMPLOYMENT TAXES
PO BOX 4119
BINGHAMTON NY 13902-4119

NYS-45-ATT-MN (1/05)  Case 1:07-cv-08600-RWS  Document 14-3  Filed 08/26/2008  Page 2 of 9

**NYS-45-ATT-MN** (1/05) **Quarterly Combined Withholding, Wage Reporting And Unemployment Insurance Return-Attachment**

60515117

0021-D027   NY   07090   TAXPAY©

Withholding identification number  133524651  1

Employer legal name:

MECHANICAL HEATING SUPPLY INC

Mark an **X** in the applicable box(es):
A. Original  X    or   Amended return

| Jan 1 - Mar 31 | Apr 1 - Jun 30 | July 1 - Sep 30 | Oct 1 - Dec 31 | Tax Year |
|---|---|---|---|---|
| | X | | | 07 |
| 1 | 2 | 3 | 4 | Y Y |

B. Other wages only reported on this page ...

C. Seasonal employer ...

**Annual wage and withholding totals**
If this return is for the 4th quarter or the last return you will be filing for the calendar year, complete columns d and e.

**Quarterly employee/payee wage reporting information**

| a Social security number | b Last name, first name, middle initial | c UI total remuneration/gross wages paid this quarter | d Gross wages or distribution (see instr.) | e Total tax withheld |
|---|---|---|---|---|
| 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 | GONZALEZ EDWARD | 10523.00 | | |

Page No. 2 of 3

Total this page only ......... 10523.00

If first page, enter grand totals of all pages .................

| Contact information (see instructions) | Name REFERENCE COPY PREPARED BY PAYCHEX | Daytime telephone number DO NOT FILE |
|---|---|---|

For office use only
Postmark      Received date

Mail to: NYS EMPLOYMENT TAXES
PO BOX 4119
BINGHAMTON NY 13902-4119

**NYS-45-ATT-MN** (1/05) **Quarterly Combined Withholding, Wage Reporting And Unemployment Insurance Return-Attachment**

60515117

0021-D027    NY    07090    TAXPAY®

Withholding identification number   133524651   1

**Employer legal name:**
MECHANICAL HEATING SUPPLY INC

Mark an **X** in the applicable box(es):
A. Original  X    or   Amended return

| Jan 1 - Mar 31 | Apr 1 - Jun 30 | July 1 - Sep 30 | Oct 1 - Dec 31 | Tax Year 07 |
|---|---|---|---|---|
| X | | | | YY |
| 1 | 2 | 3 | 4 | |

B. Other wages only reported on this page ... X

C. Seasonal employer ..................

**Annual wage and withholding totals**
If this return is for the 4th quarter or the last return you will be filing for the calendar year, complete columns d and e.

**Quarterly employee/payee wage reporting information**

| a Social security number | b Last name, first name, middle initial | c UI total remuneration/gross wages paid this quarter | d Gross wages or distribution (see instr.) | e Total tax withheld |
|---|---|---|---|---|
| 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 | PACHECO EDWIN | 244.64 | | |
| 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 | GONZALEZ EDWARD | 187.00 | | |

Page No. 3 of 3     Total this page only ........    431.64
If first page, enter grand totals of all pages ..........................

| Contact information (see instructions) | Name REFERENCE COPY PREPARED BY PAYCHEX | Daytime telephone number DO NOT FILE |
|---|---|---|

For office use only
Postmark          Received date          Mail to: NYS EMPLOYMENT TAXES
                                                  PO BOX 4119
                                                  BINGHAMTON NY 13902-4119



135 Chestnut Ridge Road
Montvale, NJ 07645

(201) 930-0500
www.paychex.com

July 31, 2008

RE:    Mechanical Heating Supply Inc
       476 Timpson Pl
       Bronx, NY 10455
       Jose Amadob
       SS# XXX-XX-6692

Dear Sir or Madam:

Paychex, Inc., a national payroll processing service, has the responsibility to file and deposit payroll taxes and returns for Mechanical Heating Supply. To fulfill these responsibilities, Paychex has been appointed their Reporting Agent and been given Power of Attorney, effective January 18, 1999.

We are writing in response to your inquiry regarding Jose Amadob, Social Security #XXX-XX-6692. Please be advised, Mr. Amadob was added to payroll on 1/22/2007 and is still an active employee. He does not appear on any reports because there haven't been any reported wages.

Should you have any questions, please feel free to contact, Mimi at 201-930-0500 Ext. 3311.

Sincerely,

Mimi Manso
Senior Payroll Specialist
Paychex, Inc.

**STATE OF NEW YORK**
**WORKERS' COMPENSATION BOARD**

# EMPLOYER'S REPORT OF WORK-RELATED ACCIDENT/OCCUPATIONAL DISEASE

Send this notice directly to Chair, Workers' Compensation Board at address shown on reverse side within ten (10) days after accident occurs. Answer all questions fully. Copy should also be sent to your workers' compensation insurance carrier. This form replaces all previous versions of Form C-2.

> Failure to timely file Form C-2, as required by Section 110 of the Workers' Compensation Law, may subject the employer to a penalty of up to $2,500.

**Amended**

**ANSWER ALL QUESTIONS FULLY**

TYPEWRITER PREPARATION IS STRONGLY RECOMMENDED-INCLUDE ZIP CODE ON ALL ADDRESSES-EMPLOYEE'S S.S. NO. MUST BE ENTERED BELOW

| WCB CASE NO. (If Known) | CARRIER CASE NO. | CODE NO. | WC POLICY NUMBER | DATE OF ACCIDENT | EMPLOYEE'S S.S. NO. |
|---|---|---|---|---|---|
| | W204002 | | Z 1161 083-9 | 1/23/07 | 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 |

1. (a) EMPLOYER'S NAME: MECHANICAL HTG SUPPLY
   (b) EMPLOYER'S MAILING ADDRESS: 461 TIMPSON PL. BX NY 10455
   (c) OSHA CASE/FILE NO.:
   (d) LOCATION (If Different From Mail Address):
   (e) NATURE OF BUSINESS (Principal Products, Services, etc.):
   (f) NYC U.I. EMPLOYER REG. NO.:

2. (a) INSURANCE CARRIER: THE STATE INSURANCE FUND
   (b) CARRIER'S ADDRESS: 199 CHURCH ST. NY, NY 10007

3. (a) INJURED PERSON (First, M.I., Last): JOSE AMADOE
   (b) ADDRESS: 300 E 151st STREET BX NY 10451

4. (a) ADDRESS WHERE ACCIDENT OCCURRED: 461 TIMPSON PLACE
   (b) COUNTY: BRONX
   (c) WAS ACCIDENT ON EMPLOYER'S PREMISES? ☒ Yes ☐ No

5. TIME OF ACCIDENT: 3 PM
   6. DEPT. WHERE REGULARLY EMPLOYED: WAREHOUSE
   7. (a) DATE STOPPED WORK: 1/23/07
   (b) WAS INJURED PAID IN FULL FOR DAY? ☒ Yes ☐ No

8. SEX: M   9. AGE:    10. OCCUPATION: WAREHOUSE HELP

11. (a) AVERAGE EARNINGS PER WEEK: 400.00
    (b) TOTAL EARNINGS PAID DURING 52 WEEKS PRIOR TO DATE OF ACCIDENT:

12. (a) PART OR FULL TIME WORKER?: FULL
    (b) INJURED WORKER'S WORK WEEK: MON-FRI

13. NATURE OF INJURY AND PART(S) OF BODY AFFECTED: LEFT ARM
    14. (a) DID YOU PROVIDE MEDICAL CARE? ☐ Yes ☐ No
    (b) IF YES, WHEN?

15. (a) NAME AND ADDRESS OF DOCTOR:
    (b) NAME AND ADDRESS OF HOSPITAL: LINCOLN HOSPITAL

16. (a) HAS EMPLOYEE RETURNED TO WORK? ☐ Yes ☒ No
    (b) IF YES, DATE:
    (c) AT WHAT WEEKLY WAGE? 400.00

**NOTE: FORM C-11 MUST BE FILED EACH TIME THERE IS A CHANGE IN EMPLOYMENT STATUS**

17. WHAT WAS EMPLOYEE DOING WHEN INJURED?: PUTTING BOXES ON UPPER SHELVES

18. HOW DID THE ACCIDENT OR EXPOSURE OCCUR?: FELL OF LADDER (LEANING TOO MUCH TO SIDE CAUSING LADDER TO TIP OVER)

19. OBJECT OR SUBSTANCE THAT DIRECTLY INJURED EMPLOYEE: FELL TO GROUND

20. (a) DATE OF DEATH:
    (b) NAME/ADDRESS OF NEAREST RELATIVE:
    (c) RELATIONSHIP:

DATE OF THIS REPORT: 2/2/07
DATE YOU OR SUPERVISOR FIRST KNEW OF INJURY: 1/23/07
SIGNED BY: [signature]
OFFICIAL TITLE: President
TEL. NO. & EXT.: 718-402-9765

☐ CHECK BOX IF PREVIOUSLY REPORTED ON FORM C-2.1.

THE WORKERS' COMPENSATION BOARD EMPLOYS AND SERVES PEOPLE WITH DISABILITIES WITHOUT DISCRIMINATION.

C-2 (1-92)   C-2 (NY 199) C-2   C-2   C-2   C-2

GRP 515

## STATE OF NEW YORK
## WORKERS' COMPENSATION BOARD
### EMPLOYER'S REPORT OF INJURED EMPLOYEE'S CHANGE IN EMPLOYMENT STATUS RESULTING FROM INJURY

This report is to be filed directly with the Chairman, Workers' Compensation Board at address shown on reverse side as soon as the employment status of an injured employee, as reported on Form C-2, or on a previous C-11, is changed. Change in employment status includes return to work, discontinuance of work, increase or decrease of regular hours of work and increase or reduction in wages. A copy also should be sent to your insurance carrier.

**THE STATE INSURANCE FUND,** 199 CHURCH STREET, NEW YORK, NY 10007-1173  (Amended)

ALL COMMUNICATIONS SHOULD REFER TO THESE NUMBERS

| 1. W.C.B. Case Number | 2. Carrier Case Number | 3. Carrier Code | 4. Date of Injury | 5. Claimant's Soc. Sec. No. |
|---|---|---|---|---|
| 00000000 | 62036785 - 326 | W204002 | ~~01/30/2007~~ 1/23/07 | 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 |

|  | NAME | Address to which notices should be sent (Give Number and Street, City, State and Zip Code) |
|---|---|---|
| 6. Injured Person | AMADOE JOSE | 360 EAST 151ST STREET, BRONX NY 10451 |
| 7. Employer | MECHANICAL HEATING SUPPLY INC | 461 TIMPSON PLACE, BRONX, NY 10455 |
| 8. Carrier | STATE INSURANCE FUND | 199 CHURCH STREET, NEW YORK, NY 10007-1173 |

9. Date of most recent Employer's Report filed: (Check "X" form and give date filed.)
  [X] C-2  2/2/07   [ ] C-11 _____
10. Date Disability Began: 1/23/07  - Hour of Day: _____ A.M.  3:00 P.M.
11. Nature of Injury: Fell off ladder putting boxes on upper shelves - hurt left arm
12. Date of FIRST return to work following injury: _____
13. (a) Change of employment status resulting from above injury:

| Employment Status | Hours per Day | Days per Week | Earnings | Occupation |
|---|---|---|---|---|
| Prior to Injury | 8 | 5 | 400.00/wk | Warehouse Helper |
| Changed to |  |  |  |  |

(b) Date of this change in employment status: _____
(c) Remarks: _____

14. Loss of time resulting from above injury since first return to work:

| From (Mo., Day, Year) | To (Mo., Day, Year) | Reason |
|---|---|---|
|  |  | Still out - has not returned to work. |

15. Is injured still under care of a physician? Not Known  If so, give name of physician: _____
16. Has injured died? NO  If so, state date of death: _____
Name and address of nearest relative known: Not Known
Date of this report 3-16-07   Firm Name Mechanical Heating Supply
Telephone No. 718-4029765   Signed by: Martha Cpo
                                          Bookkeeper
                                          Official Title

# NOTICE OF WORKERS COMPENSATION HEARING

State of New York
WORKERS' COMPENSATION BOARD

| PLACE OF HEARING | Part | Date of Hearing | Time | District Office |
|---|---|---|---|---|
| Workers Compensation Board<br>215 W. 125th Street, 4th Floor<br>New York, NY 10027 | 18 | 07/07/2008 | 1:30 PM | NYC<br>(800) 877-1373 |
| | | WCB Case No.<br>00710945 | Date of Accident<br>01/30/2007 | WCB Home Page<br>www.wcb.state.ny.us |
| | | | Carrier ID No.<br>W204002 | Carrier Case No.<br>62036785-326 |

CLAIMANT
Jose A Zelaya

State Insurance Fund
199 Church St
New York, NY 10007-1100

300 East 151st Street
Apt # 2-F
Bronx, NY 10451

EMPLOYER   Mechanical Heating Supply, Inc
           476 Timpson Pl.
           Bronx, NY 10455-4908

COPIES TO   Jose A Zelaya
            Caruso, Spillane, Leighton

PURPOSE OF HEARING:

Question of period and extent of disability. Question of rate of compensation and/or average weekly wage. Question of authorization for treatment/tests.

EVIDENCE TO BE PRODUCED:

By Claimant: Claimant to be present or case closed. Produce up-to-date medical.

By Employer Or Carrier: Produce medical reports.

IMPORTANT INFORMATION FOR THE CLAIMANT:

In a compensable workers' compensation case, bills for related medical treatment are the responsibility of your own employer or its workers' compensation insurance carrier. If you have used a private health insurance policy (Blue Cross, Blue Shield, G.H.I., H.I.P., or other) for payment of any bills in your workers' compensation case, please advise the private health insurer immediately.

In order to be reimbursed for any payments or co-payments you may have made for treatment or services which are the responsibility of the workers' compensation insurance carrier, you must tell the judge at this hearing about this payment.

718-585-1682

Dated: 06/10/2008
EC-16 (6/99)  46

THE BOARD EMPLOYS AND SERVES PEOPLE WITH DISABILITIES WITHOUT
DISCRIMINATION AND ASSURES HEARING LOCATIONS ACCESSIBLE
TO THE DISABLED. CONTACT THE NEAREST BOARD OFFICE
IF YOU HAVE SPECIAL ACCESSIBILITY NEEDS.

Page 1 of 1



**STATE OF NEW YORK**
**WORKERS' COMPENSATION BOARD**
PO Box 5205
Binghamton, NY  13902-5205

THIS AGENCY EMPLOYS AND SERVES PEOPLE WITH DISABILITIES WITHOUT DISCRIMINATION.

Mechanical Holding Corp
461 Timpson Pl
Bronx, NY  10455-4910

| DATE OF MAILING | CLAIMANT'S S.S. NO. |
|---|---|
| 9/13/2007 | |

| WCB CASE NO. | DATE OF ACCIDENT |
|---|---|
| 00727198 | 01/23/2007 |

| CARRIER CASE NO. | CARRIER I.D. NO. |
|---|---|
| 62036785-326 | W204002 |

| CLAIMANT'S NAME | EMPLOYER'S NAME | CARRIER'S NAME |
|---|---|---|
| Jose A Zelaya | Mechanical Holding Corp | State Insurance Fund |

### NOTICE OF CANCELLATION OF CASE NUMBER

The case identified above was a **duplicate file** and has been cancelled. All records pertaining to this case have been combined with WCB case number _____00710945_____ Use only this number in all future communications regarding this case.

Please note your records accordingly.

By  Stacey Garman                                    Unit  Team7

Telephone No.  (800)877-1373

EC-84.2 (6/21/95)