**NYSIF** New York State Insurance Fund

199 CHURCH STREET   NEW YORK NY 10007   (212)312-9000

MECHANICAL HEATING SUPPLY INC
461 TIMPSON PLACE
BRONX                    NY 10455

FEBRUARY 20, 2007

RE: POLICY #: 1161083-9                    CASE #: 62036785-326
    CLAIMANT: AMADOE JOSE                  ACCIDENT DATE: 1-30-2007

Dear Sir/Madam,

Your "Employer's Report Of Injury" (Workers' Compensation Board Form C-2) concerning the captioned case has been received.

Please use the above case number on all future correspondence regarding this matter.

Very Truly Yours,
The State Insurance Fund

C-114.1

Specialists in Workers' Compensation and Disability Benefits Insurance   DP-G2 (8/05)

# Holcam Associates, Inc.

222 Mamaroneck Avenue, White Plains, New York 10605
(914) 948-2628   *   (212) 730-5544   *   Fax (914) 948-2843

February 20, 2007

Mechanical Heating Supply, Inc.
461 Timpson Place
Bronx, New York 10455

VIA FAX (718) 585-1682

Attention: Frank Rivera

RE: WORKER'S COMPENSATION POLICY #Z1161 083-9
THE STATE INSURANCE FUND
DATE OF INJURY: 1/30/2007
CLAIMANT: JOSE AMADOE

Dear Frank:

This letter will confirm that I received the Employer's Report of Injury form for the captioned. The Report was forwarded to The State Insurance Fund and has been assigned as follows:

THE STATE INSURANCE FUND
199 CHURCH STREET
NEW YORK, NEW YORK 10007
CARRIER CASE NO. 62036785-326
CLAIM REPRESENTATIVE: AUDRENE MARRIMON

Please feel free to contact me if I can be of further assistance. Thank you.

Very truly yours,
HOLCAM ASSOCIATES, INC.

Chris LaPalme



Zachary S. Weiss
Chair

STATE OF NEW YORK
WORKERS' COMPENSATION BOARD
PO BOX 5205
BINGHAMTON, NY  13902-5205
www.wcb.state.ny.us

(800) 877-1373

State of New York - Workers' Compensation Board

In regard to Jose A Zelaya, WCB Case #0071 0945

## AMENDED DECISION
*keep for your records*

This decision amends the Notice of Decision made by Judge Toni Katz previously filed on 07/10/2008 involving the claim of Jose A Zelaya at the Manhattan hearing location for the hearing held on 07/07/2008:

AWARD : The employer or insurance carrier is directed to pay the following awards, <u>less payments already made</u> by the employer or carrier, for the periods indicated below, unless employer or carrier files an appeal within 30 days after the date on which the decision was duly filed and served.

| weeks | for disability over a period of from | to | at rate per week | the sum of |
|---|---|---|---|---|
| 6.8 | 1/23/2007 | 3/10/2007 | $266.67 | $1,813.36 |
| 0 | 3/10/2007 | 5/21/2007 | $0.00 | $0.00 |
| - No medical evidence. | | | | |
| 20.6 | 5/21/2007 | 10/11/2007 | $266.67 | $5,493.40 |
| 38.6 | 10/11/2007 | 7/8/2008 | $200.00 | $7,720.00 |
| - Tentative rate. | | | | |

Carrier to continue payments at $200.00 tentative rate.

FEES:

As lien on above award payable by separate check by carrier TO CLAIMANT'S REPRESENTATIVE OR ATTORNEY:

| Sum of | To |
|---|---|
| $750.00 | Finkelstein, Meirowitz & |

DECISION: The claimant Jose A Zelaya had a work related injury involving both wrists. The claimant's average weekly wage for the year worked before this work related injury or occupational disease is $400.00 on a tentative basis. Remove and discharge Caruso, Spillane and Leighton.

*** Continued on next page ***

| Claimant - | Jose A Zelaya | Employer - | Mechanical Heating Supply, Inc |
|---|---|---|---|
| Social Security No. - | | Carrier - | State Insurance Fund |
| WCB Case No. - | 0071 0945 | Carrier ID No. - | W204002 |
| Date of Accident - | 01/23/2007 | Carrier Case No. - | 62036785-326 |
| District Office - | NYC | Date of Filing of this Decision - | 07/10/2008 |

ATENCION:

Puede llamar a la oficina de la Junta de Compensacion Obrera, en su area correspondiente, cuyo numero de telefono aparece al principio de la pagina y pida informacion acerca de su reclamacion(caso).

EC-23A (4/98)                                                                                                          Page 1 of 2

Correct date of accident is January 23 2007. No further action is planned by the Board at this time.

| | | | |
|---|---|---|---|
| Claimant - | Jose A Zelaya | Employer - | Mechanical Heating Supply, Inc |
| Social Security No. - | | Carrier - | State Insurance Fund |
| WCB Case No. - | 0071 0945 | Carrier ID No. - | W204002 |
| Date of Accident - | 01/23/2007 | Carrier Case No. - | 62036785-326 |
| District Office - | NYC | Date of Filing of this Decision - | 07/10/2008 |

ATENCION:

Puede llamar a la oficina de la Junta de Compensacion Obrera, en su area correspondiente, cuyo numero de telefono aparece al principio de la pagina y pida informacion acerca de su reclamacion(caso).

EC-23A (4/98)                                                                                                Page 2 of 2



Zachary S. Weiss
Chair

STATE OF NEW YORK
WORKERS' COMPENSATION BOARD
PO BOX 5205
BINGHAMTON, NY  13902-5205
www.wcb.state.ny.us
(800) 877-1373

## State of New York - Workers' Compensation Board

## In regard to Jose A Zelaya, WCB Case #0071 0945

### NOTICE OF DECISION
*keep for your records*

At the Workers' Compensation hearing held on 07/07/2008 involving the claim of Jose A Zelaya at the Manhattan hearing location, Judge Toni Katz made the following decision, findings and directions:

AWARD : The employer or insurance carrier is directed to pay the following awards, <u>less payments already made</u> by the employer or carrier, for the periods indicated below, unless employer or carrier files an appeal within 30 days after the date on which the decision was duly filed and served.

|       | for disability over a period of |            | at rate    |            |
|-------|------------|------------|------------|------------|
| weeks | from       | to         | per week   | the sum of |
| 6.8   | 1/23/2007  | 3/10/2007  | $266.67    | $1,813.36  |
| 0     | 3/10/2007  | 5/21/2007  | $0.00      | $0.00      |
| - No medical evidence. | | | | |
| 20.6  | 5/21/2007  | 10/11/2007 | $266.67    | $5,493.40  |
| 38.6  | 10/11/2007 | 7/8/2008   | $200.00    | $7,720.00  |

- Tentative rate.

Carrier to continue payments at $200.00 tentative rate.

FEES:

As lien on above award payable by separate check by carrier TO CLAIMANT'S REPRESENTATIVE OR ATTORNEY:

| Sum of     | To                            |
|------------|-------------------------------|
| $1,000.00  | Caruso, Spillane, Leighton    |
| $750.00    | Finkelstein, Meirowitz &      |

DECISION:   The claimant Jose A Zelaya had a work related injury involving both wirsts. The claimant's average weekly wage for the year worked before this work related injury or occupational disease is $400.00 on a tentative

*** Continued on next page ***

| Claimant -            | Jose A Zelaya | Employer -                    | Mechanical Heating Supply, Inc |
|-----------------------|---------------|-------------------------------|--------------------------------|
| Social Security No. - |               | Carrier -                     | State Insurance Fund           |
| WCB Case No. -        | 0071 0945     | Carrier ID No. -              | W204002                        |
| Date of Accident -    | 01/23/2007    | Carrier Case No. -            | 62036785-326                   |
| District Office -     | NYC           | Date of Filing of this Decision - | 07/10/2008                 |

ATENCION:

Puede llamar a la oficina de la Junta de Compensacion Obrera, en su area correspondiente, cuyo numero de telefono aparece al principio de la pagina y pida informacion acerca de su reclamacion(caso).

EC-23 (4/98)                                                                                           Page 1 of 2

basis. Remove and discharge Caruso, Spillane and Leighton.

Correct date of accident is January 23 2007. No further action is planned by the Board at this time.

| | | | |
|---|---|---|---|
| Claimant - | Jose A Zelaya | Employer - | Mechanical Heating Supply, Inc |
| Social Security No. - | | Carrier - | State Insurance Fund |
| WCB Case No. - | 0071 0945 | Carrier ID No. - | W204002 |
| Date of Accident - | 01/23/2007 | Carrier Case No. - | 62036785-326 |
| District Office - | NYC | Date of Filing of this Decision - | 07/10/2008 |

ATENCION:

Puede llamar a la oficina de la Junta de Compensacion Obrera, en su area correspondiente, cuyo numero de telefono aparece al principio de la pagina y pida informacion acerca de su reclamacion(caso).

EC-23 (4/98)                                                                                                                    Page 2 of 2